Leonard J. KLAY, M.D.,
et al., Plaintiffs,

v.

Ian K. COOK, Dr., Defendant–
Appellant,

Cigna Defendants, Cigna Healthcare of Texas, Inc., Defendants–Appellees.

No. 05–17170.

United States Court of Appeals, Eleventh Circuit.

Oct. 7, 2008.

David Henry Pollack, Law Office of David H. Pollack, LLC, Miami, FL, for Defendant–Appellant.

Eduardo W. Gonzalez, Thomas R. Julin, Hunton & Williams, Miami, FL, Dianne M. Keppler, Hunton & Williams LLP, Washington, DC, for Defendants–Appellees.

Before EDMONDSON, Chief Judge, ANDERSON, Circuit Judge, and COHILL,* District Judge.

PER CURIAM:

After oral argument and careful consideration, we readily conclude that the judgment of the district court is due to be affirmed. For the reasons discussed at oral argument, we conclude that the notice of the class action settlement amply satisfied the requirements of due process. We also conclude that Dr. Cook failed to preserve in the district court his argument that some of his claims were not "finally adjudicated" and thus should have been excluded from the claims released by the settlement agreement.

AFFIRMED.

---

* Honorable Maurice B. Cohill, Jr., United States District Judge for the Western District of Pennsylvania, sitting by designation.